EXHIBIT 7
DECLARATION OF WILLIAM BIRDWELL
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO QUASH SERVICE



Site Guide | Search: [                    ] ▶

Home | About The UPS Store | Customer Service

| Locations | Calculate Cost | Tracking | Products & Services | Franchise Opportunities |

## Locations

→ **The UPS Store**

## Locations

### View Location Detail

**Location:**
29488 WOODWARD AVE
ROYAL OAK, MI 48072

**Phone:** (248) 548-8178
**Fax:** (248) 548-8176
→ E-mail The UPS Store #4708

**Additional Information:** SOUTH OF WEBSTER BETWEEN 12 MILE
RD & 13 MILE RD

### Regular Hours of Operation:
| | |
|---|---|
| Monday | 9:00am-7:00pm |
| Tuesday | 9:00am-7:00pm |
| Wednesday | 9:00am-7:00pm |
| Thursday | 9:00am-7:00pm |
| Friday | 9:00am-7:00pm |
| Saturday | 10:00am-6:00pm |

### Products & Services

**Mailing and Shipping Services**
Mail Box Services (24-Hour Access*)
Stamps & Metered Mail
Certified Mail/Return Receipt
Overnight Document & Package Delivery
Ground/Air UPS Shipping and Receiving
TotalShipping™ (Freight Shipping)
UPS International Shipping

**Packing and Moving Services**
Packing and Moving Boxes

**Copy and Print Services**
Full Service Black & White Copies
Self Service Black & White Copies
Color Copies
Printing Services: Business Cards, Envelopes and Letterheads
Binding
Laminating
Collating
Full Range of Finishing Services

**Communication and Business Services**
Fax Services, Send and Receive

**Additional Products and Services**
Office Products and Supplies
Rubber Stamps

* 24-hour access available at most locations

EXHIBIT ___7___
PAGE _/_ OF 5



Site Guide | Search:

Home | About The UPS Store | Customer Service

Locations | Calculate Cost | Tracking | Products & Services | Franchise Opportunities

**Locations**

→ **The UPS Store**

## Locations

View Location Detail

**Location:**
512 S WASHINGTON
ROYAL OAK, MI 48067-3826

**Phone:** (248) 399-8860
**Fax:** (248) 399-1026
→ E-mail The UPS Store #3399

**Additional Information:** WASHINGTON BETWEEN 5TH AND 6TH

**Regular Hours of Operation:**

| Day | Hours |
|---|---|
| Monday | 9:00am-7:00pm |
| Tuesday | 9:00am-7:00pm |
| Wednesday | 9:00am-7:00pm |
| Thursday | 9:00am-7:00pm |
| Friday | 9:00am-7:00pm |
| Saturday | 9:00am-5:00pm |

### Products & Services

**Mailing and Shipping Services**
Mail Box Services (24-Hour Access*)
Mail Forwarding
Stamps & Metered Mail
Certified Mail/Return Receipt
Global Mail Box Services
Overnight Document & Package Delivery
Ground/Air UPS Shipping and Receiving
TotalShipping™ (Freight Shipping)
UPS
USPS
Pick-up Service
Delivery Service
International Shipping

**Packing and Moving Services**
Packing and Moving Boxes
Estate Packing
Custom Crating

**Copy and Print Services**
Full Service Black & White Copies
Self Service Black & White Copies
Oversized Black & White Copies
Black & White Copies-Output Direct from Computer
Color Copies
Color Copies-Output Direct from Computer
Printing Services: Business Cards, Envelopes and Letterheads
Digital Laser Printing
Binding
Laminating
Collating
Full Range of Finishing Services
Specialty Paper Selection
Commercial Accounts Available
Pick Up & Delivery Available

**Communication and Business Services**
Fax Services, Send and Receive
Black & White Scanning

**Additional Products and Services**
Notary Services
Office Products and Supplies
Rubber Stamps
Notary Services by Appointment

EXHIBIT 7
PAGE 2 OF 5

The UPS Store: Locations



Site Guide | Search: [                    ] →

The UPS Store®

Home | About The UPS Store | Customer Service

Locations | Calculate Cost | Tracking          Products & Services   Franchise Opportunities

**Locations**

→ The UPS Store

## Locations

### View Location Detail

**Location:**
562 LAKELAND PLAZA
CUMMING, GA 30040-2783

**Phone:** (770) 889-7447
**Fax:** (770) 889-8560
→ E-mail The UPS Store #1709

**Additional Information:** LOWER LAKELAND PLZ ACROSS FROM GOODWILL FACING HWY 9

**Regular Hours of Operation:**
Monday       8:00am-6:30pm
Tuesday      8:00am-6:30pm
Wednesday    8:00am-6:30pm
Thursday     8:00am-6:30pm
Friday       8:00am-6:00pm
Saturday     9:00am-3:00pm

### Products & Services

**Mailing and Shipping Services**
Mail Box Services (24-Hour Access*)
Mail Forwarding
Stamps & Metered Mail
Certified Mail/Return Receipt
Overnight Document & Package Delivery
Ground/Air UPS Shipping and Receiving
TotalShipping™ (Freight Shipping)
UPS
USPS
Pick-up Service
Delivery Service
International Shipping

**Packing and Moving Services**
Packing and Moving Boxes
Custom Crating
Gift Boxes

**Copy and Print Services**
Full Service Black & White Copies
Self Service Black & White Copies
24-Hour Access to Black & White Copiers
Black & White Copies-Output Direct from Computer
Color Copies
Color Copies-Output Direct from Computer
Printing Services: Business Cards, Envelopes and Letterheads
Digital Laser Printing
Binding
Laminating
Collating
Full Range of Finishing Services
Specialty Paper Selection
Presentation Materials and Supplies
Commercial Accounts Available
Pick Up & Delivery Available

**Communication and Business Services**
Fax Services, Send and Receive
Computer Rental
Internet Access
Black & White Scanning
Color Scanning
Computer Rental with Internet Access

**Additional Products and Services**
Notary Services
Passport Photos
Shredding Services
Office Products and Supplies
Rubber Stamps
Greeting Cards
Notary Services by Appointment
Digital or Polaroid Camera
House Accounts

* 24-hour access available at most locations



EXHIBIT 7
PAGE 3 OF 5

The UPS Store: Locations

Home | Locations | Calculate Cost | Tracking | Products & Services | Franchise Opportunities | About The UPS Store
Customer Service | UPS.com

MBE is a UPS® company. The UPS Store® locations are independently owned and operated by franchisees of Mail Boxes Etc., Inc. in the USA and by its international master licensees and their franchisees outside of the USA. Services and hours of operation may vary by location.
Copyright © 1994-2007 United Parcel Service of America, Inc.  All rights reserved.
Privacy Policy | Terms & Conditions of Service

EXHIBIT 7
PAGE 4 OF 5

# UNITED STATE DISTRICT COURT
## Western District of Washington

Joescan, Inc.,
<span style="padding-left:3em;"></span>Plaintiff,

v.

LMI Technologies, Inc.
<span style="padding-left:3em;"></span>Defendant.

Case#: **07 CV 24**

---

## Affidavit of Bad-Address

Being duly sworn on my oath, I *GINA SHARBOWSKI*, declare that:

1)  I am a citizen of the United States, over the age of eighteen and not a party to this action.

   I received an original and copies of the <u>SUMMONS & COMPLAINT</u> issued out of the U.S. District Court, Western District of Washington, on the above named matter on 7-11-07 and immediately proceeded to attempt to make service of process.

3)  That on 7-12-07 I attempted to serve the defendant; **LMI TECHNOLOGIES, INC.** at the business address of: *29488 Woodward Ave., Ste.#331, Royal Oak, MI 48073*   but have found this to be a 'UPS Store' where I did confirm that the defendant company rents a P.O. Box at the UPS Store, Box#331.  The UPS employees are typically not allowed to give out any information with out a subpoena, however he did confirm that the Defendant LMI TECHNOLOGIES, INC. is still the current boxholder of #331 and that the address they provided on their application is the same address in Canada that is listed on the summons.

JUL 2 1 2007

**Gina Sharbowski**
Process Server

Subscribed and Sworn to before me on   JUL 2 1 2007

*Ginas Murphy*

TINA M. MURPHY
NOTARY PUBLIC  STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires Oct. 5, 2007
Acting in the County of Oakland


EXHIBIT 7
PAGE 5 OF 5

EXHIBIT 8
DECLARATION OF WILLIAM BIRDWELL
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO QUASH SERVICE





# DynaVision® SENSORS THAT SEE™

DynaVision is the flagship brand of LMI Technologies. In the wood industry, the most trusted name for world class scanner technology since 1976.

DynaVision proudly partners with leading world-wide OEM's and Systems Integrators in the wood processing industry. Through these alliances we collectively engineer disciplined advancements in lumber optimization solutions; producing mills' best level returns in value and volume recovery.

Learn about our products ⊡ DynaVision SENSORS THAT SEE.

Visit our Corporate website ⊡ LMI SENSORS THAT SEE.

EXHIBIT 8
PAGE 1 OF 3



**Main Page**

**Features**

**Spotlight**
**Sawmill Upgrade**
**Harvesting1**
**Logging**
**Profile**
**Quebec Sawmilling**
**Forest Expo Guide**
**Mill Upgrade**
**Harvesting2**
**Log Salvage**
**Added-Value**
**Oregon Wrapup**
**Guest Column**

-----------------------------

**Departments**

Supplier Newsline
**TechUpdate**
**Calendar of Events**

-----------------------------

**Site Information**

**Search**
**Contact List**
**Subscription Info**
**Past Issues Archive**

# Supplier Newsline

**Sample Sealer Prevents Moisture Loss**
The BOSS (bright orange sample sealer) is a moisture barrier coating from U•C Coatings Corp designed to prevent moisture loss from the ends of kiln sample boards. Easy to apply, it dries to a hard, nonmessy coating and contains no dangerous solvents or volatile organic compounds. No cost samples are available for testing to ensure its compatibility with particular operating methods. BOSS can be left to dry or put directly into the kiln. Hot, soapy water clean up is recommended.

****************

**Watershed Analysis Model Expands**
A newly enhanced computer model may help forest managers to design or modify forest roads, tree harvesting and other land use activities based on their effects on watersheds, streams and fish habitat. Researched at the US Department of Energy's Pacific Northwest National Laboratory, the model simulates the movement of water throughout a watershed using thousands of computational grid cells, making it possible to explore economic and environmental tradeoffs. In each cell, the model considers solar radiation, precipitation, air temperature, evaporation, plant transpiration and down slope water movement. The Geographic Information System based Modeling System for Watershed Analysis (GISWA) shows how alternative practices can help avoid altering a watershed's natural processes by simulating hydrologic conditions at thousands of locations, including flow below the ground's surface, which may be redistributed when trees are harvested or roads are built



****************

**EZLINK Monitoring Reduces Downtime**
Dodge EZLINK offers a solution for the online monitoring of bearings, gear reducers, motors and other mechanical components, helping to avoid sudden failures by checking temperature, vibration and speed. By including mechanical components in



EXHIBIT  8
PAGE 2 OF 3

the selected task. An additional "heavy lift" mode provides eight per cent more force on the boom for unusual requirements. Two boom settings facilitate gathering and scraping operations in smooth mode and efficient excavating with maximum digging force in power mode.



***************

## DynaVision Joins LMI Group

Dynamic Control Systems Inc (also known as DynaVision) announces its recent merger with three other leading noncontact laser based measurement and control companies, Selcom, Sami and Sensors95. The new international group operates under the name of LMI (Laser Measurement International) and has its head office in Vancouver, BC. LMI chairman and CEO Len Metcalfe says the synergy the four companies bring to the Group will create a strong, future oriented worldwide organization. Manufacturing and R and D facilities are located in North America and Europe, while sales offices in Canada, the US and Europe support a distribution network throughout 30 countries. DynaVision is now LMI, Wood Products Division, serving the forest product industries and generally focusing on laser scanners for sawmilling, veneer plants and building material production. DynaVision will continue to be used as a product name.

***************

## Tigercat Acquires CTL Technology

Tigercat Industries Inc announces it has acquired the assets of Swedish forestry equipment manufacturer Hemek. The new Swedish company will be known as Tigercat AB. Established in 1962, Hemek manufactures a line of cut to length equipment including 14 and 18ton forwarders as well as three eight wheel harvester models. It also manufactures the Woodking line of single grip harvesting attachments. Like Tigercat, Hemek has a strong engineering focus. With its production facility located in Hede, Sweden, it is currently operating in Scandinavia, Europe and Australia, as well as North and South America. Tigercat designs and manufactures a growing line of forestry equipment that will be enhanced with the acquisition of the Hemek/Woodking line.

EXHIBIT ___8___
PAGE _3_ OF _3_

EXHIBIT 9
DECLARATION OF WILLIAM BIRDWELL
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO QUASH SERVICE

## ThomasNet®
### Industrial NewsRoom

Search for: [                    ]    Search what? [ News        ▾ ]   [ Go ]

200

### Newsletters

**Subscribe Free to Product News Alerts**



Receive customized, daily news on the products you want.

Subscribe    View Sample

### Categories

Industrial Market Trends

OnSite WebReviews

Latest New Product News

Adhesives and Sealants

Agricultural and Farming Products

Architectural and Civil Engineering Products

Automatic ID

Chemical Processing and Waste Management

Cleaning Products and Equipment

Communication Systems and Equipment

Computer Hardware and Peripherals

Advertisement

WHEN YOU NEED HIGH PRECISION AND LOW RIPPLE IN THE **LAB PARTNER** WITH THE ... EXPERTS    www.spellmanhv.com/bertan/tn

Story Tools
Go Back | ✉ E-mail | Print

Tools for Registered Users
Save Story | Watch Company

## Archive News Story

(Products mentioned in this Archive News Story may or may not be available from the manufacturer.)

**Multi-Point Sensor scalps aluminum ingots.**

**March 26, 2002** - B8 Sensor has 8 individual laser points spaced every 3.0 in. over 2 ft length. Depth of measurement range of each laser point is up to 14 in., with accuracy of +/- 0.020 in. and resolution of less than 0.010 in. Binocular vision system verifies information collected. With 2 DSP computer chips, B8 can be linked or multiplexed with other units. 16-bit controller and RS-485 or RS-232 interface provides connections with PCs, PLCs and other automated systems.

Click Here to Enlarge Picture

**Related categories:** Chemical Processing & Waste Management | Sensors, Monitors & Transducers | Test & Measuring Instruments

## Archive Press Release

(Products mentioned in this Archive Press Release may or may not be available from the manufacturer.)

Release date: February 21, 2002

**LMI Selcom Multi-Point Sensor**

➥ Contact company
➥ Company Profile at ThomasNet.com
➥ Company web site
➥ More news from this company
➥ Search the industrial web for: "LASER, MEASUREMENT, SENSOR, SENSORS, INGOT, INGOTS, SCALPING"
➥ Search for suppliers of:
  Instruments: Distance Measuring
  Scalpers
  Sensors: Laser
  Sensors: Measurement & Inspection

EXHIBIT    9
PAGE / OF 5

Construction Equipment and Supplies

Controls and Controllers

Display and Presentation Equipment

Electrical Equipment and Systems

Electronic Components and Devices

Explosives, Armaments and Weaponry

Fasteners and Hardware

Fluid and Gas Flow Equipment

Food Processing and Preparation

Health, Medical and Dental Supplies and Equipment

HVAC

Labels, Tags, Signage and Equipment

Laboratory and Research Supplies and Equipment

Lubricants

Machinery and Machining Tools

Material Handling and Storage

Materials and Material Processing

Mechanical Components and Assemblies

Mechanical Power Transmission

Mining, Oil Drilling & Refining

Mounting and Attaching Products

## With Visible Lasers And Higher Speed For Scalping Aluminum Ingots Or Other Large Area Measurements Introduced

Sensors: Precision Measurement
Join the forum discussion at:
Tools of the Trade

Contact: David Allen
(248) 359-2401
For Immediate Release
February 21, 2002



Advertisement

DETROIT, Michigan USA --- A high resolution multi-point sensor for large area measurement such as the scalping of aluminum ingots was introduced by LMI Selcom at the recent TMS Show in Seattle, Washington, USA. LMI Selcom has offices in Detroit, Michigan USA and Gothenburg, Sweden.

"The LMI Selcom B8 scan head is faster than any multi-head sensor we have ever made," noted David Allen, LMI Selcom Business Manager. "It is ideal for scalping plus various other applications in the ferrous and non-ferrous market."

The B8 multi-point sensor has eight individual laser points spaced every 3.0 in. (7.62 cm) over a 2.0 ft (61 cm) length. The sensor's fast response rate and tight control provides the high density information required by the scalping machine to make an accurate measurement of the lowest point on the ingot for optimum quality control and reduced waste.

The depth of the measurement range of each laser point is up to 14 in. (36cm), with an accuracy +/- 0.020 in. (0.05 cm) and a resolution of less than 0.010 in. (0.025 cm) of the measurement range. The housing is rated NEMA-4 (IP-65) and is protected by a gasket aluminum enclosure for easy operation at temperatures from 32°F to 120°F (0° to 50°C).

A revolutionary binocular vision system verifies all the information collected. Sensors adjust for target angle, color and other defects. The system has the ability to be multi-plexed with multiple sensor heads to provide an effective scan width of virtually any size desired.

The B8 sensor uses 650 nm red laser diodes for easy alignment and installation with one cable. The sensor interfaces to any PC-based data acquisition system and is versatile to meet constantly changing computer technology. LMI also offers set-up and calibrate software for easy integration on single or multiple head systems.

Besides scalping, the B8 sensor is also ideal for height and profile measurement of various metals, sizing of materials and various other large scale measurements that require profiling large pieces of material.

B8 Multi-Point Sensor Described

With two high power DSP computer chips, the B8 Multi-Point Sensor from LMI Selcom can be linked or multi-plexed with other units, providing the same accuracy and resolution of a single unit.

EXHIBIT    9
PAGE    2    OF    5

Non-Industrial Products

Optics and Photonics

Packaging Equipment

Paints and Coatings

Plant Furnishings and
Accessories

Portable Tools

Printing and Duplicating
Equipment

Retail and Sales
Equipment

Robotics

Safety and Security
Equipment

Sensors, Monitors and
Transducers

Services

Software

Test and Measuring
Instruments

Textile Industry Products

Thermal and Heating
Equipment

Timers and Clocks

Transportation Industry
Products

Vision Systems

Waste Handling
Equipment

Welding Equipment and
Supplies

Association News

Browse Categories

Browse Companies

**Press Releases**

The B8 sensor's 16-bit controller and standard RS-485 or optional RS-232 interface provides simple and easy connections with PCs, PLCs and other automated systems. Input power is 15 to 26 VDC's @ 750 mA. Software comes on a 3.5 floppy disc.

A type GaA1AS Class IIIa laser, laser diodes are projected on the object measured. Reflection off the object's surface produces diffusely scattered light. The light passes through the sensor's imaging optics onto two position sensitive linear CCD line elements. The sensor is not affected by changes in ambient lighting or temperature.

Besides the B8 sensor, LMI Selcom also offers a variety of single-point and multi-point non-contact laser sensors to the aluminum industry for molds, launders, as well as other applications such as coil wind-up and take-off. A Tap-Out Actuator for improving safety and quality when casting out from a gravity furnace, a Pin Position Actuator for high performance molten metal level and flow control in downspouts and an overpour protection device for increasing safety and control during pouring are also available.

LMI Selcom is part of LMI Technologies, Inc., a world leader in 1D, 2D and 3D machine vision sensors.

For more information on the new B8 Multi-Point Sensor or other products LMI Selcom offers to the aluminum market, contact LMI Selcom in North America at LMI -Laser Measurement International Industrial Sensors Division at 21666 Melrose Avenue, Southfield, MI 48075 or call (248) 359-2409, FAX (248) 355-3283 or E-Mail issales@lmint.com.

Outside of North America, contract LMI Selcom at Box 250, Ogardesvagen 19A, SE-433 25 Partille, Sweden, Tel: +46 (0) 31-336-25 42. FAX +46-(0) 31-44-61-79 or E-Mail sales.aluminum@lmint.com. LMI is on the internet at http://www.lmint.com.

Editor Contact: Kevin Nichols or Dick Stark, Stark & Associates, Inc. 801 E. Morehead St, Suite 305, Charlotte, NC 28202 Tel: (704) 332-5004, FAX: (704) 332-3771 or E-Mail kn@starkpr.com or ds@starkpr.com

**Contacts:**

**Public Relations:**
Stark & Associates Inc.
Kevin Nichols or Dick Stark
801 E. Morehead St. Suite 305
Charlotte NC 28202
USA
Phone: 704-332-5004
FAX: 704-332-3771
✉ E-mail this person

**General Information:**
David Allen
USA
Phone: 248-359-2401

**Company Information:**
**Name**: LMI - Laser Measurement International, Inc.
**Address**: 21666 Melrose Ave.
**City**: Southfield
**State**: MI
**ZIP**: 48075
**Country**: USA
**Phone**: 248-359-2409
**FAX**: 248-355-3282
http://www.lmint.com

EXHIBIT ___9___
PAGE _3_ OF _5_

7/24/2007 7:10 PM

Scanner produces up to 125 profiles/sec.; LMI Laser Measurement In...          http://news.thomasnet.com/fullstory/6252



## ThomasNet®
### Industrial NewsRoom

Search for: [          ]   Search what? [ News ▼ ]   [ Go ]

Home | ThomasNet | My Newsroom | Industrial Trends | Forums | Submit Release | Advertise | Contact | About

Jul 24, 2007

### Newsletters

**Subscribe Free to Product News Alerts**



Receive customized, daily news on the products you want.
Subscribe   View Sample

### Categories

Industrial Market Trends

OnSite WebReviews

Latest New Product News

Adhesives and Sealants

Agricultural and Farming Products

Architectural and Civil Engineering Products

Automatic ID

Chemical Processing and Waste Management

Cleaning Products and Equipment

Communication Systems and Equipment

Computer Hardware and Peripherals

---

Advertisement

**Story Tools**
Go Back | ✉ E-mail | Print      **Tools for Registered Users**
Save Story   ...... ......ny

## Archive News Story
(Products mentioned in this Archive News Story may or may not be available from the manufacturer.)

**Scanner produces up to 125 profiles/sec.**

**January 21, 2002** - L1 3-D Line Scanner is capable of supplying 3-D profiles across optical line up to 24 in. long. At transport speed of 47.2 in./sec, a new profile is reported every other 0.4 in. L1 has 120° field of vision and 23.6 in. measurement area that can be used individually or in conjunction with 3 additional units to acquire 360° of data. It has 1/16 in. resolution and stand off distance of 19 to 26 in.



Click Here to Enlarge Picture

**Related categories:**   Computer Hardware & Peripherals

## Archive Press Release
(Products mentioned in this Archive Press Release may or may not be available from the manufacturer.)

Release date: December 31, 2001

**Profiling Scanner Produces Up To 125 Profiles Per Second For 2D And 3D Image Measurement**

Detroit, MI---LMI Selcom has introduced the L1 3-D Line Scanner for general purpose accurate profile scanning capabilities supplying a 3-Dimensional profile across an optical line up to 24" in length.

The LMI Selcom L1 3-D Line Scanner is designed for extremely high

➤ Company Profile at ThomasNet.com
➤ Company web site
➤ More news from this company
➤ Search the industrial web for: "LINE, SCANNER, LASERS, MEASUREMENT, SENSORS"
➤ Search for suppliers of: Scanners: Laser
➤ Join the forum discussion at: Wired In

Advertisement



---

Newsroom Advertisers


US Materials Handling Corp.
Materials handling product distribution, systems engineering, turnkey installation - US Materials Handling


BCW BARCODES WEST, LLC
Your Complete Label Printing Solution Source


KEYENCE
Precision LASER Measurement




MYRON L COMPANY
HANDHELD and PROCESS CONTROL WATER QUALITY INSTRUMENTATION
Accuracy Reliability Simplicity
www.myronl.com

EXHIBIT ____9____
PAGE _4_ OF _5_

Construction Equipment and Supplies

Controls and Controllers

Display and Presentation Equipment

Electrical Equipment and Systems

Electronic Components and Devices

Explosives, Armaments and Weaponry

Fasteners and Hardware

Fluid and Gas Flow Equipment

Food Processing and Preparation

Health, Medical and Dental Supplies and Equipment

HVAC

Labels, Tags, Signage and Equipment

Laboratory and Research Supplies and Equipment

Lubricants

Machinery and Machining Tools

Material Handling and Storage

Materials and Material Processing

Mechanical Components and Assemblies

Mechanical Power Transmission

resolution profiling and easy start-up in the most demanding industrial environments. At a 47.2 in./sec (1.2 m/sec) transport speed, a new profile is reported every other 0.4 in. (1 cm) to deliver the highest quality high density renderings. The L1 has a 120° field of vision and 23.6 in. (600mm) measurement area per unit that can be used individually or in conjunction with three additional units to acquire 360° of data.

The L1 sensor has been developed for industrial settings requiring high measurement accuracy regardless of ambient light. The sensors are manufactured with rugged industrial housings, and are pre-calibrated at the factory for maximum precision.

Up to four sensor heads a plugged into a concentrator box. The L1 Scanner uses an ISA Host Card with quaditure encoder input for on-line profiling (PCI host card is optional). LMI provides front end calibratin software for easy integration and installation.

Common Applications include quality control on wallboard(gypsum), composite wood/board/cant profiling, pipe diameter, length, gap measurement, container fill, surface topography, ingot scalping and extrusion profile/width.

The use of visible lasers allows this scanner to be used for accurate targeting and optimization on specific active targets. This product is also available with a scan rate of 125 scans per second.

Technical Specifications

The LMI Selcom L1 Line Scanner is a Class III rated sensor with fast 60 profiles per second (125 scans per second optional) which ensures accurate testing data. The scanner has a resolution of 1/16 inches (1.5875 mm) and a stand off distance of 19 inches to 26 inches (483 mm-660 mm). The sensor is built to NEMA-4 (IP 65) standards and enclosed in an aluminum housing. It can operate at temperatures from 32° to 105° F (0° to 40° C). Based on CCD technology, the scanner can provide a data profile that can be filtered or otherwise processed for accuracy.

**Company Information:**
**Name:** LMI - Laser Measurement International, Inc.
**Address:** 21666 Melrose Ave.
**City:** Southfield
**State:** MI
**ZIP:** 48075
**Country:** USA
**Phone:** 248-359-2409
**FAX:** 248-355-3282
http://www.lmint.com

**More news from this company:**
Nov 17, 2005 - Laser Sensor measures thickness and profile of glass.
Jun 23, 2005 - Digital Laser Line Sensor utilizes triangulation principle.
Jan 5, 2005 - Self-Contained Sensor has 16 kHz data sampling rate.
Dec 3, 2004 - Laser Sensors offer long stand-off and measurement range.
Aug 10, 2004 - Gauging Sensor Head suits limited work envelopes.
Jul 29, 2004 - Laser Nano Sensor measures thickness and roughness.
Jun 30, 2004 - Digital Laser Sensor suits pulp and paper industries.
Jun 4, 2004 - Laser Triangulation Sensor suits positioning applications.
Mar 17, 2004 - Measurement Sensor offers sensing lengths to 3.3 ft.
Aug 6, 2003 - Laser Twin Sensor measures from 0.20 to 0.79 in.

Advertisement

**Hitachi Computer Products (America), Inc. Oklahoma Manufacturing Division**
ISO 9001:2000, ISO 13485:2003 & ISO 14001:2004 certified Contract Manufacturer of RoHS compliant PCB assemblies, box builds, electronic & electromechanical solutions for industries including computing, networking, communications, instrumentation and medical.

**More related stories:**
May 24, 2007 - Airborne Laser Scanner utilizes waveform digitizing.
Apr 12, 2007 - Laser Scanner Kit is compact and portable.
Mar 23, 2007 - Color Laser Scanner provides computerized measurement.
Feb 13, 2007 - Laser Scanners suit automated warehousing and shopfloor.
Dec 26, 2006 - Automated Extrusion Scanner monitors profiles in real-time.
Nov 13, 2006 - Laser Scanner suits hazardous area applications.
Nov 9, 2006 - Laser Barcode Scanner meets needs of small businesses.
Jul 17, 2006 - Laser Scanners safeguard work areas and protect personnel.
Jun 27, 2006 - 3D Laser Scanner provides full field-of-view.



Metal  Paper  Plastic
Stock, OEM and Custom Infrared Equipment for Heating Applications


Chromalox
PRECISION HEAT AND CONTROL
www.chromalox.com
ELECTRIC HEAT & CONTROL SOLUTIONS


OLYMPUS
Our Future


516.302.0152
aMsp
all METRIC small parts
Handles, Knobs, Hardware & More

Advertisement

**General Scanning Optical Scanners** Manufacturer of optical scanners & optical scanner equipment, including wide-band width moving ... more

**Zumbach Electronics Corp.** Industrial high precision on-line measuring solutions for diameter, wall thickness, capacitance, & ... more

**SICK, Inc.** Specialists In Opto-Electronic Technology. A Complete Range Of Products For Use In

EXHIBIT 9
PAGE 5 OF 5

EXHIBIT 10
DECLARATION OF WILLIAM BIRDWELL
IN SUPPORT OF
PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO QUASH SERVICE



## Product Information

**LASER MEASUREMENT INTERNATIONAL / finger gmbH & CO KG**
**Industrial Sensors Division**

MEASUREMENT & CONTROL





MR  Measuring Range
SO  Standoff Distance
OD  Offset Distance

# M24
# Multi-Point Sensor

### Multi-point Triangulation Principle

The M-24 optical scanner is a general-purpose profile scanner capable of supplying a 3-D profile with 23 lasers. Two groups of lasers (a group of 11 and a group of 12) emitted by laser diodes are projected onto the object to be measured via a system of lenses. Reflection off the object's surface produces diffusely scattered light. After passing through imaging optics, a portion of the light falls onto two position sensitive linear CCD line elements with a resolution of 2048 points. Displacing the object will lead to a change in angle (in relation to the sensor). As a result, the light spot will hit the CCD more to the left or more to the right. In turn, the change in position of the light spot will lead to a change in the output of each measuring point by the signal processing electronics, which includes a 16-bit micro-controller. The RS-485 (optional RS-232) interface provides a simple connection with a PC. Software is available on a 3.5 in. disk. The scan head has 23 measuring points with an interval spacing of 1 in. and is capable of measuring a width of 23 in. at a frequency of 1100 Hz per point. The M-24 contains two high-power DSP computer chips and can be linked with other M-24 units to provide an effective scan width of any size. An internal feedback loop automatically compensates for differences in detected light intensity due to the object's color and texture by varying power to the laser diode. The scan head contains a built-in display for diagnostics and easy installation.

## Technical Specifications

| Model Number | | Measurement Range (MR) | Stand Off (SO) | Offset Distance (OD) | Resolution* | Linearity** at SO | Triangulation Angle at SO | Spot Size at SO |
|---|---|---|---|---|---|---|---|---|
| M-24 14-24 | mm | 610 | 660 | 355 | 0.254 | 0.660 | 15-45 | 2 x 1 |
| | in | 24 | 26 | 14 | 0.010 | 0.026 | 15-45 | 0.08 x 0.04 |

\* - Resolution is target dependent and reported without averaging at full bandwidth (worst case). Data averaging will improve resolution specifications (see chart in general brochure).

\*\* - Linearity is calculated as 0.1% of Actual Measurement Reading (AMR).





Information contained within this document is subject to change. For updated information please contact LMI.

M240300

EXHIBIT 10
PAGE 1 OF 8

# M24 — Technical Specifications

| LASER SOURCE | | Standard | | ENVIRONMENTAL | | |
|---|---|---|---|---|---|---|
| Laser type | | GaAlAs | | Enclosure | | IP-65 / NEMA 4 |
| Laser class | | IIIb | | Temperature | °C | 0 - 50 |
| Laser source power | mW | 5 | | | °F | 32 - 122 |
| Wavelength | nm | 780 | | Temp. Fluctuation | % MR / °C | 0.01 |
| Lifetime expectancy | hr | 100,000 | | Relative Humidity | % | <90 non-condensing |

| ELECTRICAL | | Standard | | PHYSICAL | | |
|---|---|---|---|---|---|---|
| Power supply (linear) | VDC | +15 ±5% | | Dimensions | mm | 606 x 152 x 70 |
| Current draw | A | 3 | | | in. | 23.85 x 6.00 x 2.75 |
| Digital Outputs | | RS-232 / RS-485 | | Weight | g | 5600 |
| Frequency response | Hz | 1,100 (per point) | | | lbs. | 12.3 |
| Detector type | | Dual CCD | | Cable length | m | 2.5 |
| | | | | | ft. | 8.2 |



All dimensions listed in millimeters, 25.4 millimeters = 1 inch

## CONNECTION WIRING

| A | Receive Data (Rx+) |
|---|---|
| B | Receive (Rx-) |
| C | Power (+15 VDC) |
| D | Ground |
| E | Transmit (Tx+) |
| F | Transmit (Tx-) |

### 1- YEAR LIMITED WARRANTY

The company will replace or, at the company's option, repair any system or parts thereof which are found defective in material or workmanship within one year from the date of shipment. Our obligation with respect to such system or part thereof shall be limited to repair and replacement F.O.B. company's facilities, and in no event shall the company be liable for incidental, consequential or special damages, or for transportation, installation, adjustment or other expenses which may arise in connection with such system or parts. This warranty is expressly made in lieu of any and all other warranties, expressed or implied, including warranties of merchantability and fitness. No waiver, alteration, or modification of the foregoing warranty shall be valid unless made in writing and signed by an executive of the company.

LMI laser sensors are manufactured under one or more of the following U.S. patents: 4,305,661; 4,373,804; 4,375,921; 4,394,683; 4,576,482; 4,667,231; 4,875,776; 5,056,922; 5,114,230; 5,164,579; 5,362,970; 5,510,625; 5,670,787; 5,684,292; 5,691,545; 5,734,172; 5,811,827; 5,854,491; 5,877,491; 5,880,459; 5,940,302; 5,981,965. Other US and foreign patents pending.



ISO 9001

## Laser Measurement International. Inc.
### Industrial Sensors Division:

| North America: | Europe: | Germany: |
|---|---|---|
| **LMI Selcom Inc.** | **LMI Sensors-95** | **finger GmbH & CO KG** |
| 21666 Melrose Ave. | Valkenburgerweg 223 | Sapellon 84 |
| Southfield, MI 48075 | 6419 AT Heerlen | 31606 Warmsen |
| USA | The Netherlands | |
| phone: +1 (248) 359-2409 | phone: +31 45-5719300 | phone: +49(0)5767 96020 |
| fax: +1 (248) 355-3283 | fax: +31 45-5742500 | fax: +49(0)5767 93004 |
| e-mail: sales@lmint.com | e-mail: sensors95@lmint.com | e-mail: info@finger-kg.de |
| USA East: +1 (770) 888-6586 | | |
| USA West +1 (310) 641-6779 | | |

**www.lasersensors.lmint.com   or   www.finger-kg.de**

EXHIBIT 10
PAGE 2 OF 8

**Product Information**



**DynaVision SPR 04**



**Accurate, Affordable CCD**

**Short Range Digital Sensor**

- Digital-Based Triangulation Sensor Family
- Smart, Self-Contained Sensors
- Compact Sensor Size
- User Scalable Range Via RS232
- Analog and Digital Outputs
- Rugged Industrial Packaging
- Excellent Ambient Light Rejection
- Ideal for Short Standoff Applications



## Technical Specification

| Model Number | | Measurement Range (MR) | Stand Off (SO) | Offset Distance (OD) | Resolution (Worst Case) Note 1 | Resolution (Typical) Note 2 | Linearity | Triangulation Angle at SO | Spot Size at SO |
|---|---|---|---|---|---|---|---|---|---|
| SPR04 2-8 | mm | 203 | 152 | 51 | 0.025 | 0.0025 | 0.152 | 10 deg. | 3 x 1 |
| | in | 8 | 6 | 2 | 0.001 | 0.0001 | 0.006 | | 0.12 x 0.04 |

**Note : SPR04 sensors are supplied with an RS232 communications link. With easy to use Windows-based software for a user supplied PC which can select a smaller measuring range (which improves sensor linearity), and allows rescaling of the voltage output range. Performance at smaller ranges is:.**

| | | Measurement Range (MR) | Stand Off (SO) | Offset Distance (OD) | Resolution (Worst Case) Note 1 | Resolution (Typical) Note 2 | Linearity | Triangulation Angle at SO | Spot Size at SO |
|---|---|---|---|---|---|---|---|---|---|
| | mm | 50 | 89 | 51 | 0.025 | 0.0025 | 0.089 | 17 deg. | 3 x 1 |
| | in | 2 | 3.5 | 2 | 0.001 | 0.0001 | 0.003 | | 0.12 x 0.04 |
| | mm | 102 | 102 | 51 | 0.025 | 0.0025 | 0.102 | 15 deg. | 3 x 1 |
| | in | 4 | 4 | 2 | 0.001 | 0.0001 | 0.004 | | 0.12 x 0.04 |
| | mm | 152 | 127 | 51 | 0.025 | 0.0025 | 0.127 | 12 deg. | 3 x 1 |
| | in | 6 | 5 | 2 | 0.001 | 0.0001 | 0.005 | | 0.12 x 0.04 |

**Note 1: Worst Case Resolution - at full bandwidth**
**Note 2: Typical Resolution - at 128 sample averaging**





Information contained within this document is subject to change. For updated information, please contact LMI.

SPR 04  Sep 6, 2002

EXHIBIT      10
PAGE 3 OF 8

**Technical Specifications**

## DynaVision SPR 04

### LASER SOURCE

| | | |
|---|---|---|
| Laser type | | GaAlAs |
| Laser class | | IIIa |
| Laser source power | mW | <5 |
| Wavelength | nm | 670 |
| Lifetime expectancy | hr | 100 000 |

### ENVIRONMENTAL

| | | |
|---|---|---|
| Enclosure | | IP-65 / NEMA 4 |
| Temperature | °C | 0 - 50 |
| | °F | 32 - 122 |
| Temp. Fluctuation | % of MR / °C | 0.01% |
| Relative Humidity | % | <95 non-condensing |

### ELECTRICAL

| | | |
|---|---|---|
| Power supply voltage | VDC | +15 to +30 |
| Current draw | mA | < 300 @ 15VDC |
| Data Rate | Hz | 1 800 |
| Detector type | | CCD |

### PHYSICAL

| | | |
|---|---|---|
| Dimensions | mm | 152.4 x 77.7 x 41.6 |
| | in | 6 x 3.06 x 1.64 |
| Weight | kg | 0.58 |
| | lbs | 1.3 |
| Cable Length | m | 2.5 |
| | ft | 8.2 |

### OUTPUT INTERFACES

| | | |
|---|---|---|
| Interface, analog / digital | 0-10 VDC, 4-20 ma | RS-485/422/232 |
| Data update rate | 1 800 Hz | |



FRONT

REAR

Dimensions in mm.

### CONNECTION WIRING   D-SUB 15

| | |
|---|---|
| 1 | Power (+15 to +30 VDC) |
| 2 | Receive (Rx-) |
| 3 | Transmit (Tx-) |
| 4 | Analog out (0V to 10V) |
| 5 | Out of range |
| 8 | Analog out (GND) |
| 9 | Receive (Rx+) |
| 10 | Transmit (Tx+) |
| 11 | Power (GND) |
| 12 | Analog out (4-20 ma) |
| 6, 7, 13, 14, 15 | Reserved |

### 1- YEAR LIMITED WARRANTY

The company will replace or, at the company's option, repair any system or parts of a system which are found defective in material or workmanship within one year from the date of shipment. Our obligation with respect to such system or parts shall be limited to repair and replacement, F.O.B: our facilities, and in no event shall the company be liable for incidental, consequential or special damages, or for transportation, installation, adjustment or other expenses which may arise in connection with such system or parts. This warranty is expressly made in lieu of any and all other warranties, expressed or implied, including warranties of merchantability and fitness. No waiver, alteration, or modification of the foregoing warranty shall be valid unless made in writing and signed by an executive of the company.

LMI vision sensors are manufactured under one or more of the following U.S. patents: 4,305,661; 4,373,804; 4,375,921; 4,394,683: 4,576,482: 4,667,231; 4,875,776; 5,056,922; 5,114,230; 5,164,579; 5,362,970; 5,510,625; 5,670,787; 5,684,292; 5,691,545; 5,734,172; 5,811,827; 5,854,491; 5,877,491; 5,880,459; 5,940,302; 5,981,965. Other US and foreign patents pending.

## www.lmint.com

**Head Office:**
LMI Technologies Inc.
205-7088 Venture St.
Delta, British Columbia
Canada, V4G 1H5
Phone: +1 (604) 940-0141
Fax: +1 (604) 940-0793
E-mail: sales@lmint.com

**North America:**
LMI Selcom Inc.
21666 Melrose Ave.
Southfield, MI 48075
USA
Phone: +1 (248) 359-2409
Fax: +1 (248) 355-3283
E-mail: sales@lmint.com
USA East: +1 (770) 888-6586

**Europe & rest of the world:**
LMI Selcom AB
Box 250
S-433 25 Partille
Sweden
Phone: +46 31 336 25 00
Fax: +46 31 44 61 79
E-mail: sales.lmiselcom@ab.lmint.com

**Europe:**
LMI Sensors-95
Valkenburgerweg 223
6419 AT Heerlen
The Netherlands
Phone: +31 45 850 7000
Fax: +31 45 574 2500
E-mail: sensors95@lmint.com

EXHIBIT    10
PAGE  4  OF  8

**Product Information**



## Selcom - SLS 5000



### High Frequency and Accuracy

### Advanced Image Filtering for Hostile Environments

- High Speed PSD-Based Triangulation Sensor Family
- Extremely Fast Automatic Light Control for Varying Surfaces
- Resolutions to 0.15 Microns
- Analog and Digital Outputs
- Rugged Industrial Packaging
- Internal Processor for Application Software - e.g. Seam Finding, Radial Runout, Wane Detection, Level Control
- Ideal for General Purpose Applications

**Options & Accessories**
- Onboard Processor for Application Software
- Heat Protection Unit
- +24 VDC Power Supply Unit
- Air Purge Adapter

### Technical Specification

| Model Number | | Measurement Range (MR) | Stand Off (SO) | Offset Distance (OD) | Resolution (Worst Case) Note 1 | Resolution (Typical) Note 2 | Linearity | Triangulation Angle at SO | Spot Size at SO |
|---|---|---|---|---|---|---|---|---|---|
| SLS 5006/50 | mm | 6 | 50 | 47 | 0.0015 | 0.00015 | 0.003 | 36 deg. | 0.07 |
| | in | 0.24 | 1.97 | 1.85 | 0.00006 | 0.000006 | 0.00012 | | 0.003 |
| SLS 5020/50 | mm | 20 | 50 | 40 | 0.005 | 0.0005 | 0.010 | 36 deg. | 0.07 |
| | in | 0.79 | 1.97 | 1.57 | 0.0002 | 0.00002 | 0.00039 | | 0.003 |
| SLS 5010/100 | mm | 10 | 100 | 95 | 0.0025 | 0.00025 | 0.005 | 27 deg. | 0.12 |
| | in | 0.39 | 3.94 | 3.74 | 0.0001 | 0.00001 | 0.0002 | | 0.005 |
| SLS 5020/100 | mm | 20 | 100 | 90 | 0.005 | 0.0005 | 0.010 | 27 deg. | 0.12 |
| | in | 0.79 | 3.94 | 3.54 | 0.0002 | 0.00002 | 0.0004 | | 0.005 |
| SLS 5035/100 | mm | 35 | 100 | 82.5 | 0.0088 | 0.00088 | 0.018 | 27 deg. | 0.12 |
| | in | 1.38 | 3.94 | 3.25 | 0.00034 | 0.000034 | 0.0007 | | 0.005 |
| SLS 5035/200 | mm | 35 | 200 | 182.5 | 0.0088 | 0.00088 | 0.018 | 18 deg. | 0.25 |
| | in | 1.38 | 7.87 | 7.19 | 0.00034 | 0.000034 | 0.0007 | | 0.01 |
| SLS 5070/200 | mm | 70 | 200 | 165 | 0.0175 | 0.00175 | 0.035 | 18 deg. | 0.25 |
| | in | 2.76 | 7.87 | 6.50 | 0.0007 | 0.00007 | 0.0014 | | 0.01 |
| SLS 5100/200 | mm | 100 | 200 | 150 | 0.025 | 0.0025 | 0.050 | 18 deg. | 0.25 |
| | in | 3.94 | 7.87 | 5.91 | 0.001 | 0.0001 | 0.002 | | 0.01 |
| SLS 5070/300 | mm | 70 | 300 | 265 | 0.02 | 0.002 | 0.035 | 13 deg. | 0.3 |
| | in | 2.76 | 11.81 | 10.4 | 0.001 | 0.0001 | 0.0014 | | 0.012 |
| SLS 5150/300 | mm | 150 | 300 | 225 | 0.04 | 0.004 | 0.075 | 13 deg. | 0.3 |
| | in | 5.91 | 11.81 | 8.86 | 0.001 | 0.0001 | 0.003 | | 0.012 |
| SLS 5200/300 | mm | 200 | 300 | 200 | 0.05 | 0.005 | 0.100 | 13 deg. | 0.3 |
| | in | 7.87 | 11.81 | 7.87 | 0.002 | 0.0002 | 0.0039 | | 0.012 |
| SLS 5325/400 | mm | 325 | 400 | 237.5 | 0.08 | 0.008 | 0.163 | 10 deg. | 0.5 |
| | in | 12.8 | 15.75 | 9.35 | 0.0032 | 0.00032 | 0.0064 | | 0.02 |
| SLS 5400/450 | mm | 400 | 450 | 250 | 0.10 | 0.010 | 0.200 | 9 deg. | 0.6 |
| | in | 15.7 | 17.72 | 9.84 | 0.0039 | 0.00039 | 0.0079 | | 0.02 |
| SLS 5750/600 | mm | 750 | 600 | 225 | 0.19 | 0.019 | 0.375 | 7 deg. | 0.8 |
| | in | 29.5 | 23.62 | 8.86 | 0.0074 | 0.00074 | 0.0148 | | 0.03 |
| SLS 51000/1250 | mm | 1000 | 1250 | 750 | 0.25 | 0.025 | 0.500 | 3 deg. | 1.0 |
| | in | 39.4 | 49.21 | 29.53 | 0.0098 | 0.00098 | 0.0197 | | 0.04 |

Note 1: Worst Case Resolution - at full bandwidth
Note 2: Typical Resolution - at 128 sample averaging



Thickness Profiling


Tire Measurement


Level Control


Wane Detection


Seam Finding

**Selcom**

**Information contained within this document is subject to change. For updated information, please contact LMI.**

SLS 5000 Sep 6, 2002

EXHIBIT 10
PAGE 5 OF 8

**Technical Specifications**

## Selcom - SLS 5000

### LASER SOURCE

| Laser class | | 2, 3B, 3R (IEC) |
|---|---|---|
| | | II,IIIa, IIIb (FDA) |
| Wavelength | | Visible Red, Near IR |
| Lifetime expectancy | hr | 100 000 |

### ENVIRONMENTAL

| Enclosure | | IP-65 / NEMA 4 |
|---|---|---|
| Temperature - Operating | °C | 0 - 50 |
| | °F | 32 - 122 |
| Temp. Stability | % of MR / °C | 0.01 |
| Relative Humidity | % | <95 non-condensing |

### ELECTRICAL

| Power supply voltage | VDC | +18 to +32 |
|---|---|---|
| Current draw | mA | < 350 |
| In rush current | A | 1 during 50ms |
| Sampling rate | Hz | 16 000 |
| Frequency response | Hz | 2 000 |
| Detector type | | PSD |

### PHYSICAL

| Dimensions | mm | 135 x 105 x 51 |
|---|---|---|
| | in | 5.31 x 4.13 x 2.01 |
| Weight | kg | 1.1 |
| | lbs | 2.4 |
| Cable Length | m | 2 |
| | ft | 6.6 |

### OUTPUT INTERFACES

| Interface, analog / digital | | 0-20mA | 4-20mA | RS232-C | RS-422 | Selcom (Digital) |
|---|---|---|---|---|---|---|
| Data update rate | | 16 kHz | 16 kHz | ≤100 Hz | ≤1 kHz | 16 kHz |
| Max. Cable Length | m | 100 | 100 | 15 | 100 | 100 |
| | ft | 328 | 328 | 49 | 328 | 328 |



135
29.5
51
98.5
O Mounting Holes
Ø 7.2 (4x)
105
6.5
6.5
128.5
Laser Shutter
Center of Laser Beam
25.2

All dimensions listed in millimeters, 25.4 millimeters = 1 inch

### CONNECTION WIRING

DSUB 15-pin outputs / IP 65 connector

| | |
|---|---|
| 1 | Receive Data, RS-232 |
| 3 | Clock, Selcom or RS-422 |
| 4 | Clock-inv, Selcom or RS-422 |
| 5 | Data, Selcom or RS-422 |
| 6 | Data-inv, Selcom or RS-422 |
| 8 | Invalid out- |
| 9 | Transmit Data, RS-232 |
| 11 | Ground |
| 12 | Invalid out+ |
| 13 | Analog out (0-20mA, 4-20mA) |
| 14 | Laser ON (+18 to +32V) |
| 15 | Power (+18 to +32V) |
| 2, 7, 10 | NC |

### 1- YEAR LIMITED WARRANTY

The company will replace or, at the company's option, repair any system or parts of a system which are found defective in material or workmanship within one year from the date of shipment. Our obligation with respect to such system or parts shall be limited to repair and replacement, F.O.B: our facilities, and in no event shall the company be liable for incidental, consequential or special damages, or for transportation, installation, adjustment or other expenses which may arise in connection with such system or parts. This warranty is expressly made in lieu of any and all other warranties, expressed or implied, including warranties of merchantability and fitness. No waiver, alteration, or modification of the foregoing warranty shall be valid unless made in writing and signed by an executive of the company.

LMI vision sensors are manufactured under one or more of the following U.S. patents: 4,305,661; 4,373,804; 4,375,921; 4,394,683: 4,576,482: 4,667,231; 4,875,776; 5,056,922; 5,114,230; 5,164,709; 5,362,970; 5,510,625; 5,670,787; 5,684,292; 5,691,545; 5,734,172; 5,811,827; 5,854,491; 5,877,491; 5,880,459; 5,940,302; 5,981,965. Other US and foreign patents pending.

## www.lmint.com

**Head Office:**
LMI Technologies Inc.
205-7088 Venture St.
Delta, British Columbia
Canada, V4G 1H5
Phone: +1 (604) 940-0141
Fax: +1 (604) 940-0793
E-mail: sales@lmint.com

**North America:**
LMI Selcom Inc.
21666 Melrose Ave.
Southfield, MI 48075
USA
Phone: +1 (248) 359-2409
Fax: +1 (248) 355-3283
E-mail: sales@lmint.com
USA East: +1 (770) 888-6586

**Europe & rest of the world:**
LMI Selcom AB
Box 250
S-433 25 Partille
Sweden
Phone: +46 31 336 25 00
Fax: +46 31 44 61 79
E-mail: sales.lmiselcom ab@lmint.com

**Europe:**
LMI Sensors-95
Valkenburgerweg 223
6419 AT Heerlen
The Netherlands
Phone: +31 45 850 7000
Fax: +31 45 574 2500
E-mail: sensors95@lmint.com

EXHIBIT 10
PAGE 6 OF 8

**Product Information**



# Selcom - SLS 7000





**Designed for Reflective Surfaces**

**Unprecedented Sub-Micron Resolution**

- Specially Designed for Mirror to Semi-Specular Surfaces
- 10 Micron Laser Spot for Small Features
- Optical & Electronic Design Suppresses Speckle Noise
- Optional Video Camera Simplifies Spot Alignment & Feature Measurement Setup
- High Speed PSD-Based Triangulation Sensor
- Fast Automatic Light Control for Varying Surfaces
- Analog and Digital Outputs
- Rugged Industrial Packaging
- Includes SLS PPU Interface Box

## Technical Specification

| Model Number | | Measurement Range (MR) | Stand Off (SO) | Offset Distance (OD) | Resolution (Worst Case) Note 1 | Resolution (Typical) Note 2 | Linearity Note 3 | Triangulation Angle at SO | Spot Size at SO |
|---|---|---|---|---|---|---|---|---|---|
| SLS 7001/15 | mm | 1 | 15 | 14.5 | 0.00025 | 0.000025 | 0.0005 | 86 deg. | 0.010-0.020 |
| | in | 0.04 | 0.59 | 0.57 | 0.00001 | 0.000001 | 0.00002 | | 0.0004-0.0008 |

Note 1: Worst Case Resolution - at full bandwidth
Note 2: Typical Resolution - at 128 sample averaging
Note 3: Linearity Specified Using a Mirror Target

  

**Options & Accessories**
- Integrated Video Camera for Precise Spot Location
- User Selectable Averaging from 1-1024 Values for Resolution Improvement
- +24 VDC Power Supply Unit

**Selcom**

SLS 7000 Dec 3, 2002

Information contained within this document is subject to change. For updated information, please contact LMI.

EXHIBIT 10
PAGE 7 OF 8

**Technical Specifications**

## Selcom - SLS 7000

### LASER SOURCE

| Laser class | | 2 (IEC) |
|---|---|---|
| | | II (FDA) |
| Wavelength | | Visible Red |
| Lifetime expectancy | hr | 100 000 |

### ENVIRONMENTAL

| Enclosure | | N/A |
|---|---|---|
| Temperature | °C | 0 - 50 |
| | °F | 32 - 122 |
| Temp. Fluctuation | % of MR / °C | 0.01 |
| Relative Humidity | % | <95 non-condensing |

### ELECTRICAL

| Power supply | VDC | +18 to +32 |
|---|---|---|
| Current draw | mA | < 350 |
| In rush current | A | 1 during 50ms |
| Sampling rate | Hz | 16 000 |
| Frequency response | Hz | 2 000 |
| Detector type | | PSD |

### PHYSICAL (SESOR HEAD)

| Dimensions | mm | 120 x 95 x 40 |
|---|---|---|
| | in | 4.72 x 3.74 x 1.57 |
| Weight | kg | 0.75 |
| | lbs | 1.65 |
| Cable Length | m | 2 |
| | ft | 6.6 |

### OUTPUT INTERFACES

| Interface, analog / digital | | 0-20mA | 4-20mA | RS232-C | RS-422 | Selcom (Digital) |
|---|---|---|---|---|---|---|
| Data update rate | | 16 kHz | 16 kHz | ≤100 Hz | ≤1 kHz | 16 kHz |
| Max. Cable Length | m | 100 | 100 | 15 | 100 | 100 |
| | ft | 328 | 328 | 49 | 328 | 328 |



**Dimensions in mm.**

### CONNECTION WIRING (from interface box)

DSUB 15-pin outputs / IP 65 connector

| 1 | Receive Data, RS-232 |
|---|---|
| 3 | Clock, Selcom or RS-422 |
| 4 | Clock-inv, Selcom or RS-422 |
| 5 | Data, Selcom or RS-422 |
| 6 | Data-inv, Selcom or RS-422 |
| 8 | Invalid out- |
| 9 | Transmit Data, RS-232 |
| 11 | Ground |
| 12 | Invalid out+ |
| 13 | Analog out (0-20mA, 4-20mA) |
| 14 | Laser ON (+18 to +32V) |
| 15 | Power (+18 to +32V) |
| 2, 7, 10 | NC |

### 1- YEAR LIMITED WARRANTY

The company will replace or, at the company's option, repair any system or parts of a system which are found defective in material or workmanship within one year from the date of shipment. Our obligation with respect to such system or parts shall be limited to repair and replacement, F.O.B: our facilities, and in no event shall the company be liable for incidental, consequential or special damages, or for transportation, installation, adjustment or other expenses which may arise in connection with such system or parts. This warranty is expressly made in lieu of any and all other warranties, expressed or implied, including warranties of merchantability and fitness. No waiver, alteration, or modification of the foregoing warranty shall be valid unless made in writing and signed by an executive of the company.

LMI vision sensors are manufactured under one or more of the following U.S. patents: 4,305,661; 4,373,804; 4,375,921; 4,394,683: 4,576,482: 4,667,231; 4,875,776; 5,056,922; 5,114,230; 5,164,579; 5,362,970; 5,510,625; 5,670,787; 5,684,292; 5,691,545; 5,734,172; 5,811,827; 5,854,491; 5,877,491; 5,880,459; 5,940,302; 5,981,965. Other US and foreign patents pending.

## www.lmint.com

**Head Office:**
LMI Technologies Inc.
205-7088 Venture St.
Delta, British Columbia
Canada, V4G 1H5
Phone: +1 (604) 940-0141
Fax: +1 (604) 940-0793
E-mail: sales@lmint.com

**North America:**
LMI Selcom Inc.
21666 Melrose Ave.
Southfield, MI 48075
USA
Phone: +1 (248) 359-2409
Fax: +1 (248) 355-3283
E-mail: sales@lmint.com
USA East: +1 (770) 888-6586

**Europe & rest of the world:**
LMI Selcom AB
Box 250
S-433 25 Partille
Sweden
Phone: +46 31 336 25 00
Fax: +46 31 44 61 79
E-mail: sales.lmiselcom.ab@lmint.com

**Europe:**
LMI Sensors-95
Valkenburgerweg 223
6419 AT Heerlen
The Netherlands
Phone: +31 45 850 7000
Fax: +31 45 574 2500
E-mail: sensors95@lmint.com



EXHIBIT _10_
PAGE _8_ OF _8_